# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-10946

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
April 27, 2026

Lyle W. Cayce
Clerk

Salvador Jimenez,

*Plaintiff—Appellant*,

*versus*

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:17-CV-139

———————————————————

Before Jones, Richman, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Salvador Jimenez, Texas prisoner # 870962, moves for leave to proceed in forma pauperis (IFP) on appeal from the dismissal of his civil rights action and the denial of his postjudgment motion. By moving in this court for leave to proceed IFP, Jimenez is challenging the district court's

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10946

determination that his appeal is not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

"This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007). Because Jimenez did not file a timely notice of appeal, we lack jurisdiction. *See id.*; FED. R. APP. P. 4(a)(1)(A), (4)(A)(iv).

Accordingly, the appeal is DISMISSED for lack of jurisdiction. Jimenez's IFP motion and his motion for a default judgment and for enforcement of a protective order are DENIED.